GOLDBERG SEGALLA LLP
Jeffrey L. Kingsley
665 Main Street, Suite 400
Buffalo, NY 14203
(716) 566-5400
*Attorneys for Petitioner Tall Pines Insurance Company*

WHITE AND WILLIAMS LLP
Andrew I. Hamelsky
One Penn Plaza, Suite 4110
New York, NY 10119
(212) 244-9500
*Attorneys for Respondent Century Indemnity Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| TALL PINES INSURANCE COMPANY, | |
|---|---|
| Petitioner, | 11 CV 03495 (ADS) (AKT) |
| -against- | |
| CENTURY INDEMNITY COMPANY, | **RULE 41(a)(1)(ii)** |
| Respondent. | **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Petitioner, Tall Pines Insurance Company, and Respondent, Century Indemnity Company, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above entitled action be, and the same hereby is dismissed, with prejudice and without costs against either party, as between and against the parties to the action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
   September 23, 2011

GOLDBERG SEGALLA LLP

_____
Jeffrey L. Kingsley
*Attorneys for Petitioner*
665 Main Street, Suite 400
Buffalo, NY 14203
(716) 566-5400

WHITE AND WILLIAMS LLP

_____
Andrew I. Hamelsky
*Attorneys for Respondent*
One Penn Plaza, Suite 4110
New York, NY 10119
(212) 244-9500

778087